In re  **ROZONE PRODUCTIONS, LLC**                              Case No.   **10-12476-7**

                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

In re  **ROZONE PRODUCTIONS, LLC**                    Case No.   <u>10-12476-7</u>
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase acct ending 6488<br>Chase account ending 5301<br>Randolph Brook account ending 3997 | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

In re  **ROZONE PRODUCTIONS, LLC**                    Case No.  __10-12476-7_____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

In re  **ROZONE PRODUCTIONS, LLC**                    Case No.   __10-12476-7__
                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential claim against Sabine Bildstein for Interference with Contractual Relations and Libel | Unknown |
| | | Rozone Productions, LLC; RTR Illuminated Investors 3, LLC, Robert Rosen vs Tickets Plus Inc. dba STar Tickets Plus; Good Music Agency, Inc. dba Talent Buyers Network; Andrew Raczkowski; Brian Knaff and Robert Stuyk. | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

In re **ROZONE PRODUCTIONS, LLC**                    Case No.    **10-12476-7**

                                                               (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | GMC Acadia | $18,000.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Dell Server and Software | $1,000.00 |
| | | 4 Filing Cabinets | $400.00 |
| | | Metro Racks | $160.00 |
| | | LGTV | $400.00 |
| | | Kitchenware | $50.00 |
| | | Phone System/Routing | $7,000.00 |
| | | 3 glass desks | $300.00 |
| | | 3 Wooden desks | $225.00 |
| | | 1 Steel Shelving | $500.00 |
| | | 10 Office Chairs | $300.00 |
| | | 2 waiting room chairs | $120.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |

In re  **ROZONE PRODUCTIONS, LLC**                    Case No.    **10-12476-7**
                                                                     (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____4_____ continuation sheets attached                    **Total  >**    **$28,455.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **ROZONE PRODUCTIONS, LLC**                                    Case No.   **10-12476-7**
                                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $146,450.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

In re **ROZONE PRODUCTIONS, LLC**                 Case No. __10-12476-7__
                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**First Bank and Trust**<br>**POB 1687**<br>**Cleveland, TX 77327** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**GMC Acadia**<br>REMARKS:<br><br><br>VALUE:  **$18,000.00** | | | | **$23,000.00** | **$5,000.00** |
| ACCT #:<br><br>**TRAVIS COUNTY TAX OFFICE**<br>**NELDA WELLS SPEARS TAX ASSESSOR**<br>**5501 AIRPORT BLVD**<br>**AUSTIN TX 78751** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Statutory lien**<br>COLLATERAL:<br>**Inventory/Fixtures**<br>REMARKS:<br><br><br>VALUE:  **$0.00** | | | | **Unknown** | **Unknown** |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | **$23,000.00** | **$5,000.00** |
| | | | Total (Use only on last page) > | | | **$23,000.00** | **$5,000.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **ROZONE PRODUCTIONS, LLC**               Case No.     **10-12476-7**

                                                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**3**_____continuation sheets attached

In re  **ROZONE PRODUCTIONS, LLC**                    Case No.  **10-12476-7**
                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
| --- | --- |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCT #: <br> **David Rosen** <br> **3501 S. First Street #144** <br> **Austin TX 78704** | | DATE INCURRED: <br> CONSIDERATION: <br> **wages** <br> REMARKS: | | | | **$3,500.00** | **$3,500.00** | **$0.00** |
| ACCT #: <br> **Jason Wexler** | | DATE INCURRED: <br> CONSIDERATION: <br> **wages** <br> REMARKS: | | | | **$2,910.00** | **$2,910.00** | **$0.00** |
| ACCT #: <br> **JAVCO MINI STORAGE** <br> **23586 PARTNERS WAY, STE. A** <br> **PORTER, TX  77365** | | DATE INCURRED: <br> CONSIDERATION: <br> **wages** <br> REMARKS: | | | | **$0.00** | **$0.00** | **$0.00** |
| ACCT #: <br> **Roddy Thomson** <br> **1028 Guadalupe Del Pardo** <br> **Albuquerque NM 87107** | | DATE INCURRED: <br> CONSIDERATION: <br> **wages** <br> REMARKS: | | | | **$2,910.00** | **$2,910.00** | **$0.00** |
| ACCT #: <br> **Shelley Lemon** <br> **2124 E 6th St Apt 312** <br> **Austin TX 78702** | | DATE INCURRED: <br> CONSIDERATION: <br> **wages** <br> REMARKS: <br> **Wages Owed** | | | | **$1,575.00** | **$1,575.00** | **$0.00** |
| ACCT #: <br> **Thomas Mayfield** <br> **7201 S.Congress Apt 425** <br> **Austin TX 78745** | | DATE INCURRED: <br> CONSIDERATION: <br> **wages** <br> REMARKS: | | | | **$1,000.00** | **$1,000.00** | **$0.00** |

Sheet no. ____**1**____ of ____**3**____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Subtotals (Totals of this page) > | | | | | | **$11,895.00** | **$11,895.00** | **$0.00** |
| Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | | | | | |
| Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | | |

In re  **ROZONE PRODUCTIONS, LLC**                    Case No.  **10-12476-7**
                                                                            (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
| --- | --- |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ACCT #:<br>**Tim Lyon**<br>**3501 S. 1st #144**<br>**Austin TX 78704** | | DATE INCURRED:<br>CONSIDERATION:<br>**wages**<br>REMARKS: | | | | $2,910.00 | $2,910.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
| --- | --- | --- |
| Subtotals (Totals of this page) > | $2,910.00 | $2,910.00 | $0.00 |

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

In re **ROZONE PRODUCTIONS, LLC**          Case No.   10-12476-7
                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **INTERNAL REVENUE SERVICE** <br> **Special Procedures/Bankruptcy** <br> **PO BOX 21126** <br> **PHILADELPHIA PA 19114** | X | DATE INCURRED: <br> CONSIDERATION: <br> **940 Taxes** <br> REMARKS: | | | | $95,000.00 | $95,000.00 | $0.00 |
| ACCT #: <br> **TEXAS COMPTROLLER OF PUBLIC ACC** <br> **PO BOX 121548** <br> **AUSTIN,TEXAS 78711-2548** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unpaid Bill** <br> REMARKS: <br> **Franchise Tax 2008, 2009, 2010** | | | | $15,000.00 | $15,000.00 | $0.00 |
| ACCT #: <br> **TEXAS WORKFORCE COMMISSION** <br> **TWC BUILDING** <br> **AUSTIN, TX 78711** | | DATE INCURRED: <br> CONSIDERATION: <br> **Fees** <br> REMARKS: <br> **quarterly unemployment insurance 2nd and 3rd quarter 2010** | | | | $3,000.00 | $3,000.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____3____ of ____3____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $113,000.00 | $113,000.00 | $0.00 |
| Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $127,805.00 | | |
| Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $127,805.00 | $0.00 |

In re    **ROZONE PRODUCTIONS, LLC**                    Case No.  __10-12476-7__
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Alan Battaglini**<br>**4700 N. Capital of Texas Hwy #234**<br>**Austin TX 78746** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investment**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Barbara M. Barron/Stephen Sather**<br>**Barron, Newburger & Sinsley, PLLC**<br>**1212 Guadalupe Suite 104**<br>**Austin TX 78701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Represents Michael Torres** | | | | **Notice Only** |
| ACCT #:<br>**Chase Bank**<br>**Nat'l Pmt Services**<br>**POB 182223**<br>**Dept OH1-1272**<br>**Columbus OH 43218** | | DATE INCURRED:<br>CONSIDERATION:<br>**overdraft**<br>REMARKS: | | | | $3,700.00 |
| ACCT #:<br>**Conley Magazines**<br>**Austin Monthly** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Bill**<br>REMARKS: | | | | $3,104.00 |
| ACCT #:<br>**Dan Kemp**<br>**1395 S. Signal Drive**<br>**Pomona CA 91766** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Bill**<br>REMARKS: | | | | $72,500.00 |
| ACCT #:<br>**Darrell D Gest**<br>**Law Office of Darrell D. Gest**<br>**1204 Bentwood Rd**<br>**Austin TX 78722** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Represents Ken Howell** | | | | **Notice Only** |

Subtotal >     **$79,304.00**

___3___ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **ROZONE PRODUCTIONS, LLC**                     Case No.   __10-12476-7_____
                                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Direct Events**<br>**13101 Hwy 71 West**<br>**Austin TX 78738** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Bill**<br>REMARKS: | | | | $64,000.00 |
| ACCT #:<br>**Ed Gowett**<br>**6301 E Stassney Ln Expo 6 #100**<br>**Austin TX 78744** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investment**<br>REMARKS: | | | | $40,000.00 |
| ACCT #:<br>**Gary Lippold**<br>**c/o Attorney Ed Carpenter**<br>**704 St. Joseph Street**<br>**POB 290**<br>**Rapid City, SD 57709** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $300,000.00 |
| ACCT #:<br>**Giant Media, LLC**<br>**2900 South Congress Suite 106**<br>**Austin TX 78704** | | DATE INCURRED:<br>CONSIDERATION:<br>**Default judgment**<br>REMARKS:<br>**Default Judgment for approx $24,000.**<br>**Settlement Agreement Executed for $18,000.**<br>**Paid approx $14,000** | | | | $10,000.00 |
| ACCT #:<br>**Guy Glazier**<br>**601 S. Figueroa St Suite 4200**<br>**Los Angeles, CA 90017** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Bill**<br>REMARKS: | | | | $60,000.00 |
| ACCT #:<br>**John Bibby dba Out There Cooking**<br>**c/o Lisa Fancher, Fritz Byrne Head & Har**<br>**98 San Jacinto Blvd Suite 2000**<br>**Austin TX 78701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Services**<br>REMARKS: | | | | $3,835.00 |

Sheet no. ____1____ of ____3____ continuation sheets attached to         **Subtotal >**         $477,835.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

In re   **ROZONE PRODUCTIONS, LLC**                    Case No.   **10-12476-7**
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**John Patrick Lowe**<br>**Dodson & Lowe**<br>**318 East Nopal**<br>**Uvalde TX 78801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Ken Howell**<br>**41 Waller St #301**<br>**Austin TX 78702** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investment**<br>REMARKS: | | | X | **$51,000.00** |
| ACCT #:<br>**Lindsey Younts**<br>**233 W. Anderson Ln B350**<br>**Austin TX 78752** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Bill**<br>REMARKS: | | | X | **$40,000.00** |
| ACCT #:<br>**Mark Cohen**<br>**805 W. 10th Street, Suite 100**<br>**Austin TX 78701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Michael Torres** | | | X | **Notice Only** |
| ACCT #:<br>**Michael Nyeholt**<br>**885 S Orange Grove Blvd Apt 16**<br>**Pasadena CA 105** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Bill**<br>REMARKS: | | | | **$40,000.00** |
| ACCT #:<br>**numerous joint venture participants** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Bill**<br>REMARKS: | | | X | **$500,000.00** |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached to          Subtotal >          **$631,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                  Total >
                          **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                       **Statistical Summary of Certain Liabilities and Related Data.)**

In re   **ROZONE PRODUCTIONS, LLC**                    Case No.   **10-12476-7**
                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Pat McClain**<br>**4600 W Guadalupe Apt B332**<br>**Austin TX 78751** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid Bill**<br>REMARKS: | | | | **$20,000.00** |
| ACCT #:<br>**Patrick Ibbitson**<br>**c/o Eckell, Sparks, Leoy**<br>**344 West Front St**<br>**Media PA 19063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Default judgment**<br>REMARKS: | | | | **$30,000.00** |
| ACCT #:<br>**Robert Rosen**<br>**1827 Wintergrape Ln**<br>**Kingwood TX 77345** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$90,000.00** |
| ACCT #:<br>**RTR ILLUMINATED PARTNERS** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investment**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Sabine Bildstein**<br>**1821 Westlake Drive #107**<br>**Austin TX 78746** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor**<br>REMARKS: | | | | **$15,000.00** |
| ACCT #:<br>**Stoker Management DBA Jani Kin**<br>**11940 Jollyville Rd**<br>**Austin TX 78759** | | DATE INCURRED:<br>CONSIDERATION:<br>**Litigation**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____3____ of ____3____ continuation sheets attached to          **Subtotal >**   **$155,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >**   **$1,343,139.00**
                                    **(Use only on last page of the completed Schedule F.)**
                            **(Report also on Summary of Schedules and, if applicable, on the**
                            **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **ROZONE PRODUCTIONS, LLC**                    Case No.    <u>10-12476-7</u>

                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Dahill Industries**<br>9208 Waterford Bl #100<br>Austin TX 78758 | copier lease<br>Contract to be REJECTED<br>Contract is in DEFAULT |

In re  **ROZONE PRODUCTIONS, LLC**                    Case No.  __10-12476-7__

                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Rosen**<br>3501 S. First St. #144<br>Austin TX 78704 | **Direct Events**<br>13101 Hwy 71 West<br>Austin TX 78738 |
| **David Rosen**<br>3501 S. First St 144<br>Austin TX 78704 | **INTERNAL REVENUE SERVICE**<br>Special Procedures/Bankruptcy<br>PO BOX 21126<br>PHILADELPHIA PA 19114 |
| **David Rosen**<br>3501 S. First St. 144<br>Austin TX 78704 | **Gary Lippold**<br>c/o Attorney Ed Carpenter<br>704 St. Joseph Street<br>POB 290<br>Rapid City, SD 57709 |
| **David Rosen**<br>3501 S. First St #144<br>Austin TX 78704 | **Guy Glazier**<br>601 S. Figueroa St Suite 4200<br>Los Angeles, CA 90017 |
| **Robert Rosen**<br>1827 Wintergrape Lane<br>Kingwood TX 77345 | **First Bank and Trust**<br>POB 1687<br>Cleveland, TX 77327 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re  **ROZONE PRODUCTIONS, LLC**                    Case No.    **10-12476-7**

Chapter        **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $28,455.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $23,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $127,805.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $1,343,139.00 | |
| G - Exectory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 17 | $28,455.00 | $1,493,944.00 | |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **MANAGING MEMBER** _____ of the _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **19** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  **10/26/2010** _____          Signature   **/s/ DAVID E. ROSEN** _____

                                                            **DAVID E. ROSEN**
                                                            **MANAGING MEMBER**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re: **ROZONE PRODUCTIONS, LLC**                     Case No.  **10-12476-7**
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

None
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2010 $unknown | concert promotion proceeds |
| 2009 $unknown | concert promotion proceeds |
| 2008 $unknown | concert promotion proceeds |

None
☐

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2010 $unknown | investor receipts |
| 2009 $unknown | investor receipts |
| 2008 $unknown | investor receipts |

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☐

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Robert Rosen | loan repayment/reimbursement for payment of advances for expenses | $60,000 approximately | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   **ROZONE PRODUCTIONS, LLC**                              Case No.   **10-12476-7**

                                                                                 (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sabine Bildsten v Dave Rosen; Rozone Productions, LLC, Illuminated Entertainmetn Group, LLC and Terri McFarland D-1-GN-10-002632 | TRO | 419th Judicial District Court of Travis County, Texas | granted |
| Rozone Productions, LLC; RTR Illuminated Investors 3, LLC, Robert Rosen vs Tickets Plus Inc. dba STar Tickets Plus; Good Music Agency, Inc. dba Talent Buyers Network; Andrew Raczkowski; Brian Knaff and Robert Stuyk | Complaint to recover damages for breach of contract | United States District court for the District of South Dakota Western Division | Discovery |
| Giant Media, LLC vs Rozone Productions LLC | | | Default Judgment entered |
| Stoker Management dba Jani Kin vs Rozone Productions #117378 | suit to recover fee for office cleaning Service | Small Claims Court, Precinct 2 Travis County Justice of the Peace | Filed 8/27/2010m served 9/8/2010 |
| Ken Howell 41 Waller St #301 Austin TX 78702 | Request for Injunctive Relief | D-1-GN-10-00305 | Granted 8/2010 |

---

None ☐

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Sabine Bildsten | 8/2010 | all bank accounts $0 |
| Ken Howell | 9/2010 | all bank accounts $0 |
| INTERNAL REVENUE SERVICE Special Procedures/Bankruptcy PO BOX 21126 PHILADELPHIA PA 19114 | 7/2010 | $47,000 levy on accounts at Chase and Randolph Brooks Federal Credit Union |

---

### 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   **ROZONE PRODUCTIONS, LLC**                    Case No.   **10-12476-7**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 6. Assignments and receiverships

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| multiple employees | employees | 2009 | 5 laptops approx value $100 each |

---

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| . | | |

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Rogena Atkinson 701 Brazos Suite 500 Austin TX | 9/2/2010 | $3200 |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **ROZONE PRODUCTIONS, LLC**                    Case No.  __10-12476-7_____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Rozone Production Chase Bank | 9301 | 9/2010 |

---

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| William Morris Agency | 9/2010 | $250,000 forfeited deposit |

---

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| David Rosen 3501 S First Ste 144 Austin TX 787 | Purple Armour 100, Conference Table $500, 2 Ming Chairs $80, 3 Acoustic Guitars $150, Posters/Memorabilia $450, Ocffice chair with massager $300, Plants $25, Computer speakers $200, computer monitor $220, golf bag$100, Explanar $1000, tools $1000, Work Bench $250, Metro rack $160 | Ben White office |

---

### 15. Prior address of debtor

None
☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **ROZONE PRODUCTIONS, LLC**                    Case No.  **10-12476-7**

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None ☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None ☑

### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   **ROZONE PRODUCTIONS, LLC**                                    Case No.   **10-12476-7**

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                                    **DATES SERVICES RENDERED**

**The Mangold Group, CPAS, PC**                     **2007-**
**2714 Bee Cave Rd Ste 200**
**Austin TX 78746**

---

None ☑

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**NAME AND ADDRESS**                                    **DATE ISSUED**
.

---

### 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| David Rosen Austin TX | Manging Member | 100% |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   **ROZONE PRODUCTIONS, LLC**                              Case No.   **10-12476-7**

                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**22. Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| David Rosen, managing member | Approximately $7000 per month as C.E.O compensation | $100,000 approximately |

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **10/26/2010**                                    Signature   **/s/ DAVID E. ROSEN**

                                                                    ***DAVID E. ROSEN***
                                                                    ***MANAGING MEMBER***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **ROZONE PRODUCTIONS, LLC**                   CASE NO  **10-12476-7**

                                                      CHAPTER  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$3,200.00** |
| Prior to the filing of this statement I have received: | **$3,200.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☐ Debtor       ☑ Other (specify)
                     **Robert Rosen**

3. The source of compensation to be paid to me is:
   ☑ Debtor       ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

   **Adversary proceedings, including those arising out of Bankruptcy code Section 523 for fraud, misrepresenation, false financial statements or any and all exceptions to discharge under Section 523, or representation arising under Bankruptcy code Section 727 for false oath, concealment of assets, revocation to discharge or confirmation under Section 727; motions to compel, motions for turnover, or other contested or adversarial actions.**

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **10/26/2010** | **/s/ RogenaAtkinson** |
| *Date* | *RogenaAtkinson*                  Bar No.  24028873 |
| | The Law Offices of R. J. Atkinson, L.L.C. |
| | 3617 White Oak Drive |
| | Houston, Texas 77007 |
| | Phone: (713) 862-1700 / Fax: (713) 862-1745 |

---

**/s/ DAVID E. ROSEN**

*DAVID E. ROSEN*
*MANAGING MEMBER*